# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL, | CASE NO. 1:10-cv-00310-LJO-SMS PC |
| Plaintiff, | ORDER DENYING MOTION TO COMPEL |
| v. | (ECF No. 11) |
| G. FLIPPO, et al., | ORDER GRANTING MOTION TO WITHDRAW REQUEST AND STRIKING MOTION TO ADD DEFENDANT |
| Defendants. | |
| | (ECF Nos. 12, 14) |

Plaintiff HORACE BELL ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 29, 2010, Plaintiff filed a motion to compel the court to return the exhibits he submitted with his complaint. (ECF No. 11.) On December 6, 2010, Plaintiff filed a motion to add Defendant Sandra Schafer. (ECF No. 12.) Defendants filed an opposition on December 16, 2010, and Plaintiff filed a motion to withdraw his motion to add Defendant Schafer on January 3, 2011. (ECF Nos. 13, 14.) The court shall grant Plaintiff's motion to withdraw.

Plaintiff was informed in the screening order issued on November 12, 2010, that the court would return his exhibits if he submitted a postage paid return envelope. Plaintiff is requesting that the court return his exhibits without his providing a postage paid return envelope. Plaintiff is advised that it is his responsibility to keep copies of any documents that he submits to the court. Plaintiff was previously advised that he would need to provide a postage paid return envelope if he wants his exhibits returned. Plaintiff's request for the court to return his exhibits shall be denied.

Accordingly it is HEREBY ORDERED that:

1. Plaintiff's motion to compel the court to return his exhibits filed November 29, 2010, is DENIED;
2. Plaintiff's motion to withdraw his motion to add Defendant Sandra Schafer filed January 3, 2011, is GRANTED; and
3. Plaintiff's motion to add Defendant Schafer is STRICKEN.

IT IS SO ORDERED.

Dated:   May 11, 2011                          /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE