IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL,<br><br>    Plaintiff,<br><br>  vs.<br><br>T. KURZ, et al.,<br><br>    Defendants.<br>_____/ | 1:10-cv-00310-LJO-GSA-PC<br>APPEAL CASE # 12-16745<br><br>ORDER IN RESPONSE TO REQUEST<br>FOR EXCERPTS OF RECORD<br>(Doc. 36.)<br><br>ORDER FOR CLERK TO SEND PLAINTIFF A<br>COPY OF THE DOCKET SHEET FOR THIS CASE |

Horace Bell ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This case was dismissed on July 7, 2012, with prejudice, for failure to state a claim upon which relief may be granted under § 1983. (Doc. 29.) On July 23, 2012, Plaintiff filed a notice of appeal to the Ninth Circuit, which is now pending as case #12-16745. (Doc. 31.)

On September 6, 2012, Plaintiff filed a request for the Court to provide him with a copy of the excerpts of record for this case. (Doc. 36.) Plaintiff is advised that this case did not contain any hearings for which there are excerpts of record or transcripts. All dates of activity in this action pertain to pleadings that Plaintiff should already have in his possession. Because there was not any oral argument, there are no transcripts available. Plaintiff shall be provided with a copy of the docket sheet for this case, for his review.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for excerpts of record is RESOLVED; and

2. The Clerk is DIRECTED to send Plaintiff a copy of the docket sheet for this case.

IT IS SO ORDERED.

Dated:    September 10, 2012                    /s/ Gary S. Austin
                                                UNITED STATES MAGISTRATE JUDGE